**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

## IN THE SUPREME COURT OF THE STATE OF NEVADA

KEVIN DEVON SUTTON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent.

No. 67905

**FILED**

JUN 1 0 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK



### *ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus seeking a declaratory judgment that the district court violated petitioner's First Amendment rights by failing to resolve claims raised in his first pro se post-conviction petition for a writ of habeas corpus filed in 2002. Petitioner further seeks an order vacating his conviction and directing that he be released from custody. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170. Accordingly, we

ORDER the petition DENIED.

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

cc:    Kevin Devon Sutton
       Attorney General/Carson City
       Eighth District Court Clerk

15-17739